Benjamin Yrungaray, Esq. (SBN 256224)
**DE NOVO LAW FIRM**
3637 Arlington Ave. Suite D
Riverside, CA 92506
T-(951) 801-5570
F-(877) 932-6223

*Attorney for Very Music Inc., Marc Dold, and*
*Judith Martin*

## UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

CV 12 - 04891 DSF (FFM)

| | |
|---|---|
| Very Music Inc. a California Corporation, Marc Dold, an individual, and Judith Martin, an individual | Civil Action No. |
| Plaintiff, | **COMPLAINT FOR DAMAGES FOR FEDERAL COPYRIGHT INFRINGEMENT, BREACH OF CONTRACT, BREACH OF FIDUCIARY DUTY, AND FRAUD** |
| v. | |
| Kid Glove Productions, Inc. a California Corporation, Conexion Entertainment Group, LLC, and Does 1-8, Defendants. | Date: Time: Courtroom: |

This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and 1338(a).

This Court has personal jurisdiction over all the Defendants by virtue of their transacting, doing, and soliciting business in this District, and because a substantial part of the relevant events occurred in this District and because a substantial part of the property that is the subject of this action is situated here.

//

//

1    **DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

## THE PARTIES

1.    Plaintiffs Marc Dold, an individual, is a musician who co-wrote and co-performed the musical compositions (hereinafter "Musical Compositions") at issue.

2.    Plaintiff Judith Martin, an individual, is a musician who co-wrote and co-performed the Musical Compositions.

3.    Very Music Inc. is a California corporation with its principal place of business at PO Box 658, Los Angeles, CA 90028.   Very Music Inc. is wholly owned by Marc Dold and Judith Martin.

4.    Based on information and belief, Defendant Kid Glove Productions Inc. (hereinafter "**Kid Gloves**") is a California corporation with its principal place of business in Los Angeles, California, with a mailing address of 11900 Olympic Blvd., Suite 650, Los Angeles, CA 90064.

5.    Based on information and belief, Montana Man Music (hereinafter "**Montana Man**") is a subsidiary of Kid Gloves and is the publishing name of Kid Gloves.

6.    Based on information and belief, Defendant Conexion Entertainment Group, LLC. (hereinafter "**Conexion**") is a California corporation with an agent for service of process located at 445 N. Rossmore #301, Los Angeles, CA 90004.

7.    The true names and capacities, whether individual, corporate, or otherwise, of the Defendants sued as Does 1 through 8 are unknown to Plaintiffs, who, therefore, sue them by such fictitious names. At such time as their true names and capacities have been ascertained, Plaintiffs will seek leave of Court to amend this Complaint

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

accordingly. On information and belief, Plaintiffs allege that each of Does 1 through 8 was the agent, representative, or employee of each of the other Defendants and was acting at all times within the scope of his/her agency or representative capacity, with the knowledge and consent of the other Defendants, and that each of Does 1 through 8 are liable to Plaintiffs in connection with one or more of the claims sued upon here and are responsible in some manner for the wrongful acts and conduct alleged here.

## FACTS COMMON TO ALL CLAIMS

8.   Each of the Plaintiffs is a well-respected musician who wrote and published Musical Compositions. Each Plaintiff spends substantial amounts of time, money, and effort creating and publishing their Musical Compositions.

9.   Plaintiffs copyrighted some of their Musical Compositions in 2000 under the name Pulse, copyright number #SRu000428828. Plaintiffs are the sole owners of music and lyrics of these copyrighted works. *See Copy of Registration attached hereto as Exhibit A.*

10.   Under copyright number #SRu000428828, Plaintiffs copyrighted the songs "Funky", "Let it Move You", "Look This Way", "Next to You", "Not Me", "Over There", "Slow Down", and "Work It" (hereinafter **"Copyrighted Works"**).

11.   Defendant Kid Gloves is a music publishing company, which seeks placement of it clients' musical compositions in television, film, and other media.

12.   In 2002, Plaintiffs first began working with Defendant Kid Gloves when they agreed to co-publish two of Plaintiffs' songs.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

13.   Plaintiffs have never signed any other publishing agreement with Kid Gloves or Conexion.

14.   From 2002 through the filing of this lawsuit, Defendants have published and collected publishing royalties for placement of Plaintiff's Copyrighted Works in various media.

15.   Under their informal agreement, Defendants agreed to register Plaintiff's works with ASCAP and for the publishing share to be split evenly with a 50% share being paid to Kid Gloves and 50% paid to Marc Dold and Judith Martin. *See email from Kid Gloves dated September 22, 2009 and attached hereto as Exhibit B.*

16.   Plaintiffs have never signed an agreement giving Defendants a perpetual license in their Copyrighted Works.

17.   On or around August 2010, Plaintiffs learned that the Defendants registered the compositions incorrectly, giving Defendants 100% of the publishing share since the Musical Compositions had been registered with ASCAP. *See copy of ASCAP registration attached hereto as Exhibit C.*

18.   Plaintiffs informed Defendants of the incorrect registration information and were led to believe that the information would be corrected. *See email from Judith Martin dated August 11, 2010 and attached hereto as Exhibit D.*

19.   Defendants never corrected the ASCAP registration of the Musical Compositions and those Musical Compositions continue to reflect a 100% publishing share to Kid Gloves through their publishing name Montana Man Music.

**COMPLAINT FOR COPYRIGHT
INFRINGEMENT**

20. Based on information and belief, Kid Gloves merged with Conexion on or around February 2010. Kid Gloves and Conexion continue to collect a 100% share of publishing royalties on Musical Compositions owned by Plaintiffs.

21. On or around June 2009, Defendants sought a formal written agreement giving Defendant Kid Gloves "the exclusive right to seek commercial placement of certain musical compositions and master recordings thereof which are owned and controlled by you." *See Agreement Letter dated June 22, 2009 and attached hereto as Exhibit E.*

22. Plaintiff did not sign the formal agreement, as there were material errors in the agreement including the publishing shares.

23. On or around September 22, 2009, Plaintiffs wrote Defendants indicating that Kid Gloves had no agreement for the collection of royalties for the publishing of Plaintiffs' works. *See email from Judith Martin dated September 22, 2009 and attached hereto as Exhibit F.*

24. On or around August 12, 2010, Plaintiffs again informed Defendants that they had no agreement for publishing any of Plaintiff's musical compositions. *See email from Judith Martin dated August 12, 2010 and attached hereto as Exhibit G.*

25. On or around August 12, 2010, Plaintiffs informed Defendant that there should be no musical compositions on Defendants' servers. *Id.*

26. On or around August 12, 2010, Plaintiffs again informed Plaintiff to not add any further titles to their "Soundminer" system as Plaintiff and Defendant had yet to enter into an agreement regarding the placement of Musical Compositions. *Id.*

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

27.    Defendants continue to collect, market, and publish royalties for Plaintiff's musical compositions after Plaintiffs ended any informal agreement with Plaintiffs. *See 2010 ASCAP statements attached hereto as Exhibit H.*

28.    Based on information and belief, and despite Plaintiffs insistence that their music not be added to Soundminer, Defendants continued to host and publish the Musical Compositions.

29.    On or around January 2012, Plaintiffs again informed Defendants that they had no permission to publish or license Plaintiff's compositions. *See letter to Conexion and Kid Gloves dated January 19, 2012 attached hereto as Exhibit I.*

30.    For their own profit and advantage, Defendants are misappropriating the non-transformed, copyrighted material in which each Plaintiff has invested heavily.

31.    Plaintiffs have demanded that Defendants stop publishing and licensing Plaintiffs' copyrighted content without their consent. Defendants have refused to cease their infringing activities.

32.    Defendants' conduct has been in willful violation of Plaintiffs' repeated warnings to Defendants that Plaintiffs do not want the content licensed, and that Defendants' conduct is unauthorized.

## FIRST CLAIM FOR RELIEF

### (Federal Copyright Infringement)

33.    Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 32, inclusive.

34.    Plaintiffs are the rightful copyright owners of the Copyrighted Works.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

35.    Plaintiffs have complied in all respects with 17 U.S.C. § 101 et seq., and secured the exclusive rights and privileges in and to the copyrights of the above-referenced works. Plaintiffs have been and still are the sole owner of all rights, title, and interest in and to the copyrights in their respective works as referenced above.

36.    Defendants' conduct violates the exclusive rights belonging to Plaintiffs as owners of the copyrights in their musical compositions, including without limitation Plaintiffs' rights under 17 U.S.C. § 106.

37.    On information and belief, Plaintiffs allege that, as a direct and proximate result of their wrongful conduct, Defendants have realized and continue to realize profits and other benefits rightfully belonging to Plaintiffs. Accordingly, Plaintiffs seek an award of damages pursuant to 17 U.S.C. §  504 and 505.

38.    Defendants' infringing conduct has also caused and is causing substantial and irreparable injury and damage to Plaintiffs in an amount not capable of determination, and, unless restrained, will cause further irreparable injury, leaving the Plaintiffs with no adequate remedy at law.

39.    On information and belief, Defendants have willfully engaged in, and are willfully engaging in, the acts complained of with oppression, fraud, and malice, and in conscious disregard of the rights of Plaintiffs. Plaintiffs are, therefore, entitled to the maximum statutory damages allowable.

40.    As a consequence of this dispute between the parties as to the rights, title, and interest in the copyrighted articles described above, and pursuant to the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 and 2202, Plaintiffs also seek a

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

resolution of this ongoing controversy by a declaration of this Court as to the rights of the respective parties in this matter.

## SECOND CLAIM FOR RELIEF

### (Breach of Contract)

41.    Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 40, inclusive.

42.    Plaintiffs agreed with Defendants to share publishing royalties in exchange for Defendants placement of the Musical Compositions in various media.

43.    Defendants agreed to register Plaintiffs music with ASCAP for the Publisher's share of royalties.

44.    As part of the registration, Defendants agreed to register the Musical Compositions with Publisher royalties being split with a 50% share of publishing royalties to Plaintiffs.

45.    The Musical Compositions were not registered with a 50% share to Plaintiffs but were registered to pay a 100% share to Montana Man Music, a subsidiary of Kid Gloves.

46.    Upon discovering the error, Plaintiffs immediately contacted Defendants to remedy the mistake.

47.    Although Defendants have assured Plaintiffs changes would be made, more than two years have passed without any material change in the copyright registration or an accounting of publishing fees owed to Plaintiffs.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

48.    As a result of Defendants collection of all royalties on Plaintiff's music, Defendant has materially breached their agreement with Plaintiff and Plaintiff has been damaged in thousands of dollars of missed Publishing fees from 2002 through the date of this lawsuit.  Plaintiffs seek actual damages in an amount to be determined at trial.

## THIRD CLAIM FOR RELIEF

### (Breach of Fiduciary Duty)

49.    Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 48, inclusive.

50.    Defendants agreed to represent and register Plaintiffs' musical compositions with ASCAP.

51.    Defendants further agreed to collect and distribute royalties for Plaintiffs including publishing, composition, writing, and master's royalties.

52.    Defendants represented that they would represent Plaintiffs' financial interests and had worked with Plaintiffs since 2002.

53.    Despite Plaintiffs trust in Defendants integrity, Defendants incorrectly registered the Copyrighted Works, giving Defendants the entire publisher share of royalties since 2002 and not giving Plaintiffs a 50% Publisher share as agreed.

54.    When asked about fixing the incorrect registrations in 2009, Defendants assured Plaintiffs that the appropriate changes would be made to reflect a 50% publisher share of royalties.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

55.    Defendants have yet to make those changes and continue to publish and place Plaintiffs' musical compositions for placement in various media.

56.    Defendants' failure to correctly register and later remedy the incorrect registrations of Plaintiffs' works has resulted in a substantial loss of publishing royalties to Plaintiffs.

57.    As a consequence of Defendants' breach of fiduciary duty and willful disregard of Plaintiffs' interest in the copyrighted works, Plaintiffs seek actual and punitive damages in an amount to be determined at trial.  Plaintiff also seeks reasonable attorneys fees and costs of litigation.

## FOURTH CLAIM FOR RELIEF

### (Fraud)

58.    Plaintiffs incorporate by reference all the allegations of paragraphs 1 through 57, inclusive.

59.    Defendants represented to Plaintiffs that they would correctly register Plaintiff's work with ASCAP with an equal publishing share between Plaintiffs and Defendants.

60.    Based on information and belief, and repeated attempts to remedy the incorrectly registered musical compositions, Defendants never intended to correctly register Plaintiffs musical compositions.

61.    Even after repeated attempts by Plaintiffs to correct the registered works to reflect the correct publishing share, Defendants, by and through their agent Trisha Lasar, promised to remedy the registration with ASCAP to reflect the correct share.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

62.    After numerous attempts with several agents for Defendants, including Ms. Lasar, it is clear that Defendants never intended to correct the ASCAP registrations.

63.    Plaintiffs relied on Defendants to correctly register their compositions with ASCAP as their publishing company.

64.    As a result of Defendants actions in incorrectly registering Plaintiffs compositions, Plaintiff has been defrauded of thousands of dollars in publishing royalties from 2002 to the date of this lawsuit.

65.    As a result of Defendants' fraud, Plaintiffs seek actual and punitive damages in an amount to be determined at trial. Plaintiff also seeks reasonable attorneys fees and costs of litigation.

## **Prayer for Relief**

THEREFORE, Plaintiffs pray for judgment against Defendants as follows:

A.    Declaring that Defendants' unauthorized conduct violates Plaintiffs' rights under common law and the Federal Copyright Act;

B.    Immediately and permanently enjoining Defendants, their officers, directors, agents, servants, employees, representatives, attorneys, related companies, successors, assigns, and all others in active concert or participation with them from copying and republishing any of Plaintiffs' copyrighted compositions without consent or otherwise infringing Plaintiffs' copyrights or other rights in any manner;

C.    Ordering Defendants to account to Plaintiffs for all gains, profits, and advantages derived by Defendants by their infringement of Plaintiffs' copyrights or such damages as are proper, and since Defendants intentionally infringed plaintiffs' copyrights,

11

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

for the maximum allowable statutory damages for each violation;

D.    Awarding Plaintiffs actual and/or statutory damages for Defendants' copyright infringement in an amount to be determined at trial;

E.    Awarding Plaintiffs their costs, reasonable attorneys' fees, and disbursements in this action, pursuant to 17 U.S.C. § 505.

Dated: <u>June 4, 2012</u>            DE NOVO LAW FIRM


By: _____
Benjamin A. Yrungaray, Esq.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# EXHIBIT A



**Copyright**
United States Copyright Office

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = pulse
Search Results: Displaying 140 of 1047 entries


◄ previous    next ►

Labeled View

*Pulse.*

|  |  |
|---|---|
| **Type of Work:** | Music |
| **Registration Number / Date:** | SRu000428828 / 2000-04-13 |
| **Title:** | Pulse. |
| **Description:** | Compact disc. |
| **Copyright Claimant:** | © on words & music; Marc Dold, 1968-, & Judith Martin, 1971- |
| **Date of Creation:** | 2000 |
| **Names:** | Dold, Marc, 1968- |
|  | Martin, Judith, 1971- |


◄ previous    next ►



| **Save, Print and Email (Help Page)** |
| Select Download Format [ Full Record ▼ ]  ( Format for Print/Save ) |
| Enter your email address: _____  ( Email ) |

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about
Copyright | Copyright Office Home Page | Library of Congress Home Page

# EXHIBIT B

From: Trisha Lasar <trisha@kidglovesmusic.com>
Subject: Re: Agreements/Exhibits #2
Date: September 22, 2009 5:29:56 PM PDT
To: judith martin <judith@very-music.com>
Cc: Marc Dold <marc@very-music.com>

Hi Judith and Marc,

Thanks for letting me know.  I can add all titles to this agreement and if it turns out that they have been signed at some point in the past, it won't cause any problems.  However, if you have the standard instrumental agreement whereby KGM receives 100% of the publishing, I will need to distinguish between instrumentals and vocals and the inst will be on a separate agreement.  If none of the tracks are instrumental, this does not apply, nor will it apply if you have a prior agreement with KGM that ALL TITLES, not just vocals, are on a 50/50 split.

Also, I updated Marc regarding some of the questions associated with the xl spreadsheet that you sent to me.  I will have a 2 year usage report by the end of this week detailing any placements we have received license fees for, whether or not you have been paid and whether or not we have been paid. Additionally, Doug returns to L.A. Tonight and will go through the re-title, wrong title, etc. questions.  At this stage he will have a much better understanding of what errors there are than I do.

Please let me know if any tracks are instrumentals and whether or not you have a prior understanding regarding 50/50 versus 100% and I'll return the amended agreement immediately.

Once again, thanks for your patience and help and hopefully we can get all of this squared away as soon as possible.

Cheers, Trisha

--
Kid Gloves Music
445 N. Rossmore Av.,
Los Angeles, CA 90004
T: 818.700.0292
M: 310.487.6976
F: 818.700.0294
This e-mail, and any attachments, is intended only for the person to which it is addressed and may contain information that is proprietary, privileged, confidential and/or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information contained by anyone other than the intended recipient (or an authorized employee or agent responsible for delivering the message to the intended recipient) is prohibited. If you are not the intended recipient, you are hereby notified that any viewing, copying, disclosure, distribution or use of any of the information contained herein or attached is strictly prohibited. If you have received this e-mail in error, please delete this message and immediately notify the sender by reply e-mail. Thank you.


From: judith martin <judith@very-music.com>
Date: Tue, 22 Sep 2009 16:33:08 -0700
To: Trisha Lasar <trisha@kidglovesmusic.com>
Cc: Marc Dold <marc@very-music.com>
Subject: Re: Agreements/Exhibits #2

Hey Trisha,
At this point we have NOT signed ANY titles or songs again with KG.
And I guess that's why this is important.
The agreements have gone back and forth a number of times with mistakes before you came on board but the corrections have either not been made or been made and other mistakes surfaced.
So nothing has been signed yet for any title
Hope that helps.
Thanks,
Judith


On Sep 22, 2009, at 4:26 PM, Trisha Lasar wrote:

--
Kid Gloves Music
445 N. Rossmore Av.,
Los Angeles, CA 90004
T: 818.700.0292
M: 310.487.6976
F: 818.700.0294
This e-mail, and any attachments, is intended only for the person to

# EXHIBIT C

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

**SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS**

My Catalog > Search Works > Search Work Results

Help On This Page

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

**Search parameters:**
Work Title: Look This Way

| Work Title | ASCAP Work ID | Interested Parties | Role what's This? | Society | Own % what's This? | Collect % what's This? | Registration Status what's This? |
|---|---|---|---|---|---|---|---|
| **LOOK THIS WAY** ⊠ VIEW | 420801887 | DOLD, MARC A | C | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | C | ASCAP | 25.00 | 25.00 | |
| **LOOK THIS WAY** ⊠ VIEW | 880285955 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | Possible Match |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | |

Search returned 2 results. Page: 1 of 1

◄◄ FIRST ◄  ► LAST ►►

◄◄ Back to Search

A© 2010 ASCAP I Terms and Conditions of Use

App. Rel: 10.09.03  MA-8.1.1

8/11/10 5:10 PM

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do

**Welcome, MRS JUDITH MARTIN**

**SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS**

My Catalog > Search Works > **Search Work Results**

Help On This Page

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

**Search parameters:**
Work Title: **Let It Move You**

| Work Title | ASCAP Work ID | Interested Parties | Role _what's This?_ | Society | Own % _what's This?_ | Collect % _what's This?_ | Registration Status _what's This?_ |
|---|---|---|---|---|---|---|---|
| **LET IT MOVE YOU**  VIEW | 420596681 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | |

Search returned 1 results. Page: 1 of 1

FIRST    LAST

GO BACK TO SEARCH

Ⓐ© 2010 ASCAP I Terms and Conditions of Use

App. Rel.: 10.09.03  MA-8.1.1

1 of 1

8/11/10 5:07 PM

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS

My Catalog > Search Works > Search Work Results

Help On This Page

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

**Search parameters:**
Work Title: Groove House

| Work Title | ASCAP Work ID | Interested Parties | Role what's This? | Society | Own % what's This? | Collect % what's This? | Registration Status what's This? |
|---|---|---|---|---|---|---|---|
| GROOVE HOUSE ⊠ VIEW | 370410581 | DOLD, MARC A | C | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | C | ASCAP | 25.00 | 25.00 | |
| GROOVE HOUSE ⊠ VIEW | 880288465 | DOLD, MARC A | C | ASCAP | 25.00 | 25.00 | Possible Match |
| | | MARTIN, JUDITH | C | ASCAP | 25.00 | 25.00 | |

Search returned 2 results. Page: 1 of 1

◄◄ FIRST ◄   ► LAST ►►

Ao 2010 ASCAP | Terms and Conditions of Use

App. Rel: 10.09.03  MA-8.1.1

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

**SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS**

My Catalog > Search Works > Search Work Results

Help On This Page

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

**Search parameters:**
Work Title: Funky

| Work Title | ASCAP Work ID | Interested Parties | Role what's This? | Society | Own % what's This? | Collect % what's This? | Registration Status what's This? |
|---|---|---|---|---|---|---|---|
| FUNKY VIEW | 360449329 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | |
| FUNKY VIEW | 880325312 | DOLD, MARC A | C | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | C | ASCAP | 25.00 | 25.00 | Possible Match |

Search returned 2 results. Page: 1 of 1

FIRST    LAST

BACK TO SEARCH

AO 2010 ASCAP | Terms and Conditions of Use

App. Rel.: 10.09.03  MA-8.1.1

8/11/10 5:06 PM

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS

My Catalog > Search Works > Search Work Results

Help On This Page

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

**Search parameters:**
Work Title: Awake Again TV Title

| Work Title | ASCAP Work ID | Interested Parties | Role what's This? | Society | Own % what's This? | Collect % what's This? | Registration Status what's This? |
|---|---|---|---|---|---|---|---|
| AWAKE AGAIN TV TITLE ▣ VIEW | 312451693 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | Accepted As Is |
| | | MONTANA MAN MUSIC | E | ASCAP | 25.00 | 25.00 | |
| AWAKE AGAIN ▣ VIEW | 312795278 | DOLD, MARC A | C | ASCAP | 16.67 | 16.67 | |
| | | MARTIN, JUDITH | C | ASCAP | 16.66 | 16.66 | Unidentified Party |
| | | NEWTON, JAKE | C | | 16.67 | 16.67 | |
| | | LOVERFIGHTERMUSIC | E | BMI | 20.00 | 20.00 | |

*(handwritten annotation: "Loverfighter (BMI)")*

Search returned 2 results, Page: 1 of 1

FIRST   LAST

Back to search

A© 2010 ASCAP | Terms and Conditions of Use

App. Rel.: 10.09.03 MA-8.1.1

8/11/10 4:46 PM

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS

My Catalog > Search Works > Search Work Results

**Help On This Page**

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

**Search parameters:**
Work Title: Activity

| Work Title | ASCAP Work ID | Interested Parties | Role what's This? | Society | Own % what's This? | Collect % what's This? | Registration Status what's This? |
|---|---|---|---|---|---|---|---|
| ACTIVITY VIEW | 310491448 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | |
| | | | | | | | |

Search returned 1 results. Page: 1 of 1

FIRST     LAST

back to search

A© 2010 ASCAP | Terms and Conditions of Use

App. Rel.: 10.09.03 MA-8.1.1

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS

My Catalog > Search Works > Search Work Results

Help On This Page

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

Search parameters:
Work Title: Work It

| Work Title | ASCAP Work ID | Interested Parties | Role what's This? | Society | Own % what's This? | Collect % what's This? | Registration Status what's This? |
|---|---|---|---|---|---|---|---|
| **WORK IT** VIEW | 530539927 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | |

Search returned 1 results. Page: 1 of 1

FIRST    LAST

Return to search

ÀO 2010 ASCAP | Terms and Conditions of Use

App. Rel: 10.09.03  MA-8.1.1

8/11/10 5:04 PM

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

**SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS**

My Catalog > Search Works > Search Work Results

Help On This Page

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

Search parameters:
Work Title: Touch Of 70's

| Work Title | ASCAP Work ID | Interested Parties | Role What's This? | Society | Own % What's This? | Collect % What's This? | Registration Status What's This? |
|---|---|---|---|---|---|---|---|
| TOUCH OF 70 S ▶ VIEW | 500836760 | DOLD, MARC A | C | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | C | ASCAP | 25.00 | 25.00 | |

Search returned 1 results. Page: 1 of 1

FIRST   LAST

©D 2010 ASCAP | Terms and Conditions of Use

App. Rel: 10.09.03 MA-8.1.1

8/11/10 5:11 PM

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

**SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS**

My Catalog > Search Works > Search Work Results

Help On This Page

## Search Work Results
You are an Interested Party linked to an ASCAP Member ID on the following works.

**Search parameters:**
Work Title: **Slow Down**

| Work Title | ASCAP Work ID | Interested Parties | Role *what's this?* | Society | Own % *what's this?* | Collect % *what's this?* | Registration Status *what's this?* |
|---|---|---|---|---|---|---|---|
| **SLOW DOWN** ☒ VIEW | 491245784 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | |
| **SLOW DOWN** ☒ VIEW | 493457151 | DOLD, MARC A | C | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | C | ASCAP | 25.00 | 25.00 | Accepted As Is |

Search returned 2 results. Page: 1 of 1

FIRST ◄  ► LAST

AÒ 2010 ASCAP I Terms and Conditions of Use

App. Rel.: 10.09.03  MA-8.1.1

8/11/10 5:05 PM

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

**SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS**

My Catalog > Search Works > **Search Work Results**

Help On This Page

### Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

**Search parameters:**
**Work Title: Over There**

| Work Title | ASCAP Work ID | Interested Parties | Role What's This? | Society | Own % What's This? | Collect % What's This? | Registration Status What's This? |
|---|---|---|---|---|---|---|---|
| OVER THERE ⚏ VIEW | 450318308 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | |
| OVER THERE ⚏ VIEW | 880169489 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | Possible Match |

Search returned 2 results. Page: 1 of 1

FIRST     LAST

Back to Search

A© 2010 ASCAP | Terms and Conditions of Use

App. Rel: 10.09.03 MA-8.1.1

8/11/10 5:08 PM

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

**SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS**

My Catalog > Search Works > **Search Work Results**

Help On This Page

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

**Search parameters:**
Work Title: Not Me

| Work Title | ASCAP Work ID | Interested Parties | Role what's This? | Society | Own % what's This? | Collect % what's This? | Registration Status what's This? |
|---|---|---|---|---|---|---|---|
| NOT ME ▸ VIEW | 440341122 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | |
| | | | | | | | |

Search returned 1 results. Page: 1 of 1

FIRST    LAST

AO 2010 ASCAP I Terms and Conditions of Use

App. Rel.: 10.09.03 MA-8.1.1

8/11/10 5:04 PM

My Catalog - Work Search/Edit

https://members.ascap.com/ma/EwaWeb/searchWork.do



Welcome, MRS JUDITH MARTIN

SEARCH WORKS | REGISTER A WORK | SEARCH CUE SHEETS

My Catalog > Search Works > Search Work Results

Help On This Page

## Search Work Results

You are an Interested Party linked to an ASCAP Member ID on the following works.

Search parameters:
Work Title: Next To You

| Work Title | ASCAP Work ID | Interested Parties | Role what's This? | Society | Own % what's This? | Collect % what's This? | Registration Status what's This? |
|---|---|---|---|---|---|---|---|
| NEXT TO YOU ▶ VIEW | 440319086 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | |
| NEXT TO YOU ▶ VIEW | 880283953 | DOLD, MARC A | CA | ASCAP | 25.00 | 25.00 | |
| | | MARTIN, JUDITH | CA | ASCAP | 25.00 | 25.00 | Possible Match |

Search returned 2 results. Page: 1 of 1

◀◀ FIRST ◀    ▶ LAST ▶▶

◀◀ back to search

© 2010 ASCAP | Terms and Conditions of Use

App. Rel: 10.09.03  MA-8.1.1

# EXHIBIT D

licensed as "SONG X TV TITLE", it will be registered separately with ASCAP as "SONG X TV TITLE", so there should be no confusion on your end.

However, in order to represent your songs on Soundminer, we do need to get a signed agreement from you ASAP.  Furthermore, just so you are aware, by next fall, we may not be able to continue to represent songs with alternative titles.  You and Marc are two of the only writers we do this for, as it can cause more of a headache for the studios on their end, and we don't want to in any way discourage them from working with us.

I will stand by to receive your signed agreement.

Thanks,
Cole Stephenson
Operations Manager

From: Judith Martin <judith@very-music.com>
Subject:    agreements/ascap issues
Date:  August 11, 2010 11:16:57 PM PDT
To:    Cole Stephenson <cole@conexion-entertainment.com>
Cc:    Natalie Stebleton <nathalie@kidglovesmusic.com>, Marc Dold marc@very-music.com
Hi Cole,
Thanks for your response. I very much appreciate it!
I've taken some time to go over the song-list Brian has provided to me from you guys in regards to ASCAP registration (publishing %).
In accordance to our agreement with KidGloves (Doug and Natalie): over 11 titles have been registered incorrect over the last years with ASCAP. Let's correct these immediately!  As well as calculate the % of royalties due for Very Music Inc. (Publishing royalties)
I will need to schedule a meeting asap to sign correction sheets for ascap for these titles with Natalie. (this includes the correction for the title 'awake again'.  I have met with Natalie on it last year and thought it has been corrected but it has not been done so yet and the paperwork must have been lost).

We appreciate your kind attention to this and I hope that it is not too much of an inconvenience to you, since you have just come on-board.
We've been working on some of these corrections for some time now and have been struggling with doing so, due to fast
changes in the company structure.
However, we've been enjoying working with KidGloves over several years and trust that this finds you well in your new environment.
I'm looking forward to hearing from you.

Best wishes,
Judith

Attachemet #i

From: Judith Martin <judith@very-music.com>
Subject:    Re: Request for Warm-Ups/Scales
Date: August 12, 2010 7:32:06 AM PDT
To:    Cole Stephenson cole@conexion-entertainment.com
Also.....please do not add any of our song titles to Soundminer yet. We do not want to be on there unless these issues have been cleared. Thanks!

From:    Cole Stephenson <cole@conexion-entertainment.com>
Subject:    RE: agreements/ascap issues
Date:  August 13, 2010 3:09:49 PM PDT
To:    Judith Martin <judith@very-music.com>
Cc:    Marc Dold marc@very-music.com
Hi Judith,

# EXHIBIT E

**KID GLOVES PRODUCTIONS, INC.**
dba Kid Gloves Music
20106 Via Cellini
Porter Ranch, California 91326
Attention: Nathalie Stebleton

Marc Dold and Judith Martin
7095 Hollywood Blvd. #658
Hollywood, CA 90028

Date: June 22, 2009

Dear Marc and Judith:

This letter will set forth certain material deal points concerning the agreement between us pursuant to which Kid Gloves will have the exclusive right to seek commercial placements of certain musical compositions and the master recordings thereof which are owned and controlled by you (referred to herein as the "Compositions" and the "Masters," respectively).

1. **Term:** One (1) year from the date hereof ("Initial Term"); The Initial Term shall be renewed for successive one (1) year periods (collectively "Renewal Term(s)") unless either party gives written notice to the other at least sixty (60) days before the end of the proceeding period. The Initial Term and Renewal Term(s), if any, shall be collectively referred as the "Term".

2. **Territory:** The universe ("Territory")

3. **Rights of Kid Gloves:** During the Term, the exclusive right to seek commercial placements for Compositions and Masters. A "commercial placement" of a Composition [and/or a Master] includes placements in a television program, film, other audiovisual work, CD ROM, commercial, and/or a soundtrack usage, and/or as gaming music, on an Internet website or on or in any other media other than via a kiosk or as a ringtone, and/or a cover recording. Self-solicitation by you is not permitted; if you would like any Compositions or Masters presented to a particular party, please let Kid Gloves know *of alternatives then*

4. **Compositions Covered:** Some musical compositions owned or controlled, in whole or in part, by you and/or your music publishing designee as designated in Exhibit A.

5. **Masters Covered:** Some master recordings of Compositions owned or controlled, in whole or in part, by you as designated in Exhibit A.

6. **Notwithstanding** anything to the contrary in this Agreement, any placements or licenses secured by Kid Gloves retroactively since the inception of Kid Gloves in 1998 for any of the songs stated in Exhibit A shall be assignable and subject to all of the same terms and conditions.

7. **Compensation to Kid Gloves:** If Kid Gloves obtains a commercial placement of a Composition or a Master during the Term (or Kid Gloves' efforts result in a commercial placement within eighteen (18) months after the end of the Term), you will grant Kid Gloves fifty percent (50%) of publishing revenue interest, and one hundred percent of the administration rights, in and to that Composition [or Master], in perpetuity, throughout the universe.

Kid Gloves shall be entitled to retain the following percentages of the fees obtained:

    a.  Synchronization Licenses for Compositions: 50%
    b.  Licenses for Uses of Masters: 50%
    c.  Writer's Share of Royalties from Publishing (i.e., for Compositions): 0%
    d.  Publisher's Share of Royalties from Publishing: 50%
    e.  Other Monies Earned from Exploitations of Masters: 50%

8.  **Compensation to You:** Upon actual receipt of any monies by Kid Gloves, You shall receive the following percentages of such fees:

    a.  Synchronization Licenses for Compositions: 50%
    b.  Licenses for Uses of Masters: 50%
    c.  Writer's Share of Royalties from Publishing (i.e., for Compositions): 100%
    d.  Publisher's Share of Royalties from Publishing: 50%
    e.  Other Monies Earned from Exploitations of Masters: 50%

All monies shall be collected and accounted by Kid Gloves. In the event that you receive Kid Gloves' fees and/or royalties as set forth in Paragraph 6, you shall remit payment of all monies received by you to Kid Gloves within thirty (30) days of receipt.

9.  **Miscellaneous:**

    a.  Kid Gloves may obtain commercial placements and otherwise assign rights in the Compositions and the Masters without getting consent. Kid Gloves will use reasonable efforts to secure a commercial placement of Composition and Master; however, the absence of such placement for whatever reason shall in no way be deemed to be a breach by Kid Gloves.

    b.  Kid Gloves will be solely responsible for registering the Compositions with the appropriate performing rights society upon placement.

    c.  You warrant that you have the right to grant the rights herein, that you own and or control one hundred percent (100%) of the right, title and interest in and to the Compositions and Masters and that the use of the Compositions and Masters hereunder will not violate infringe upon or violate the copyright or any other rights of any person or entity nor subject Kid Gloves to any obligation or liability whatsoever not specifically set forth in this document. You agree to indemnify, defend, hold harmless, release and discharge Kid Gloves from any and all loss, damage, liability, cost, and expense (including attorneys' fees) arising out of, created by, or in connection with a breach of your warranties and representations.

    d.  This document may be assigned by Kid Gloves. The terms and conditions of this letter agreement shall be interpreted and governed by California law applicable to contracts entered into and to be wholly performed in the State of California. Any dispute arising hereunder shall be resolved solely through binding arbitration conducted in Los Angeles, California under and pursuant to the rules of the American Arbitration Association. The prevailing party in such arbitration shall be entitled to recover its attorneys' fees and costs incurred in connection with such arbitration. No breach of this document shall entitle you to terminate or rescind the rights granted to Kid Gloves herein, and you hereby waive the right, in the event of any such breach, to any and all equitable relief, including, but not limited to, injunctive relief.

Please note that you have the right to have an attorney review this document before signing it. We and you intend to prepare and negotiate more formal documentation regarding this matter; until we do, if ever, this document shall constitute a binding agreement. Any changes, amendments or other modifications to this letter agreement will be in writing signed by both parties hereto.

If the foregoing reflects your understanding of these material deal points, please sign below where indicated..

Very truly yours,

KID GLOVES PRODUCTIONS LLC
dba Kid Gloves Music


By:_____
    An Authorized Signatory

AGREED TO AND ACCEPTED:



~Jury Music Inc~
By: Judith Martin


AGREED TO AND ACCEPTED:



_____
By: Marc Dold

**Exhibit A**

| | | | |
|---|---|---|---|
| 1. | Kiss Me Destiny | aka | Flirting with Illusion |
| 2. | I'm Alive | aka | Wake Up |
| 3. | What I Am | aka | Chosen One |
| 4. | Innocence | aka | No One to Blame |
| 5. | If Only | aka | To Make You Love Me |
| 6. | Dreams Come True | aka | Universe of Dreams |
| 7. | Cool | aka | Feels So Right |
| 8. | Smooth R&B | aka | So Smooth |
| 9. | Opening One | aka | Breach |
| 10. | You've Got | aka | You Have It |
| 11. | Waiting | aka | Watchful |
| 12. | Kiss Me | aka | Show Me Your Love |
| 13. | I'm Alive | aka | Existing |
| 14. | Love is Living | aka | Active Devotion |
| 15. | What I Am | aka | Free to be Me |
| 16. | Hush | aka | Stillness |
| 17. | Fallen From Grace | | |
| 18. | The Voice | aka | No Matter What You Say |
| 19. | You Know the Truth about You | aka | Don't Go Looking |
| 20. | Look This Way | | |
| 21. | Not Looking Good | | |
| 22. | Not Me | | |
| 23. | You've Got What I Need | | |
| 24. | Hush | | |
| 25. | Love Is Living | | |
| 26. | Yellow Breeze | | |
| 27. | Ain't No Body | | |
| 28. | Breakfast In Bed | | |
| 29. | Love You No More | | |
| 30. | Mystify | | |
| 31. | Party Girl | | |
| 32. | No More Worries | | |
| 33. | Not Looking Good | | |
| 34. | Wish Me Into Here | | |
| 35. | I Love You For That | | |
| 36. | Long Hot Sunday | | |
| 37. | All Over Me | | |
| 38. | I Crave You | | |
| 39. | You Take My Breath Away | | |
| 40. | Crazy | | |
| 41. | Clouds | | |
| 42. | Faraway | | |
| 43. | Lotus Pursuit | | |
| 44. | Amor Again | | |
| 45. | Control | | |
| 46. | No Turning Back | | |
| 47. | Can't Get Enough | | |
| 48. | One Night Reprise | | |
| 49. | Aleph | | |

4

50. In The Middle
51. Sanctuary
52. Big Brass Bowls
53. Mad Against
54. Are You Stupid, Stupid
55. The First Kiss
56. Damp City Sweat
57. I'm From The OC
58. Bazaar
59. Interlude
60. Crusin'
61. American Pretty
62. The Void
63. School Pants
64. The Upper Lip
65. Dark
66. Green Tomatoes
67. What I Want
68. Ready To Go
69. There's Only Now
70. The Passion is Gone
71. Be Quiet
72. Just The Way In Am
73. Universe Of Dreams
74. It's Love
75. Kepere

## <u>VOCAL / MASTER(S) RECORDING RELEASE</u>:

This letter will serve to confirm our understanding as follows regarding the Composition(s) titled:

### SEE EXHIBIT A

1.     You represent that you own any and all rights in and to the Master(s) Recording of the Composition(s), including the exclusive right to enter into this Master Use Agreement regarding said Composition, and that you take full legal and financial responsibility for any and all claims against those rights, which may arise now or in the future.

2.     You also represent that you have obtained all necessary vocal performance clearance and or any other performance clearances regarding the Master(s) Recording of the Composition(s), and that you take full legal and financial responsibility for any and all claims against those rights, now or in the future.

3.     You assign to us the sole and exclusive right to negotiate and enter into on your behalf a "Synchronization and Performance License Agreement" for said Master(s) and their usage and inclusion in a Film/Television project.

4.     In return for our services as Music Publishers for the Composition(s) embodied in the Master(s), you have granted to Kid Gloves Music and its' publishing designees the rights in and to the Master(s) as defined in our standard "Letter of Intent."

Agreed and Accepted:

_____          _____

Marc Dold               Judith Martin

# EXHIBIT F

Thanks again, Trisha

From: judith martin <judith@very-music.com>
Date: Tue, 22 Sep 2009 16:33:08 -0700
To: Trisha Lasar <trisha@kidglovesmusic.com>
Cc: Marc Dold <marc@very-music.com>
Subject: Re: Agreements/Exhibits #2

Hey Trisha,
At this point we have NOT signed ANY titles or songs again with KG.
And I guess that's why this is important.
The agreements have gone back and forth a number of times with
mistakes before you came on board but the corrections
have either not been made or been made and other mistakes surfaced.
So nothing has been signed yet for any title.
Hope that helps.
Thanks,
Judith

> From:  Trisha Lasar <trisha@kidglovesmusic.com>
> Subject:      Re: Agreements/Exhibits #2
> Date:   September 22, 2009 5:29:56 PM PDT
> To:     Judith Martin <judith@very-music.com>
> Cc:     Marc Dold marc@very-music.com

Hi Judith and Marc,

Thanks for letting me know.  I can add all titles to this agreement and if
it turns out that they have been signed at some point in the past, it won't
cause any problems.  However, if you have the standard instrumental
agreement whereby KGM receives 100% of the publishing/I will need to
distinguish between instrumentals and vocals and the inst will be on a
separate agreement.  If none of the tracks are instrumental, this does not
apply, nor will it apply if you have a prior agreement with KGM that ALL
TITLES, not just vocals, are on a 50/50 split.

Also, I updated Marc regarding some of the questions associated with the xl
spreadsheet that you sent to me.  I will have a 2 year usage report by the
end of this week detailing any placements we have received license fees for,
whether or not you have been paid and whether or not we have been paid.
Additionally, Doug returns to L.A. Tonight and will go through the re-title,
wrong title, etc. questions.  At this stage he will have a much better
understanding of what errors there are than I do.

Please let me know if any tracks are instrumentals and whether or not you
have a prior understanding regarding 50/50 versus 100% and I'll return the
amended agreement immediately.

Once again, thanks for your patience and help and hopefully we can get all
of this squared away as soon as possible.

Cheers, Trisha
--

> From:  Trisha Lasar <trisha@kidglovesmusic.com>
> Subject:      Amended agreements
> Date:   September 22, 2009 6:21:25 PM PDT

Hi Judith and Marc,

Again, apologies for the confusion but I finally managed to get some of the
info I need and have amended the agreement accordingly.  Apparently all your
titles, vocal and instrumental with the exception of Kepere, are on a 50/50

*[handwritten notes in right margin:]* 50/50 on all tracks except "Kepere"

# EXHIBIT G

licensed as "SONG X TV TITLE", it will be registered separately with ASCAP as "SONG X TV TITLE", so there should be no confusion on your end.

However, in order to represent your songs on Soundminer, we do need to get a signed agreement from you ASAP.  Furthermore, just so you are aware, by next fall, we may not be able to continue to represent songs with alternative titles.  You and Marc are two of the only writers we do this for, as it can cause more of a headache for the studios on their end, and we don't want to in any way discourage them from working with us.

I will stand by to receive your signed agreement.


Thanks,
Cole Stephenson
Operations Manager


From: Judith Martin <judith@very-music.com>
Subject:      agreements/ascap issues
Date:  August 11, 2010 11:16:57 PM PDT
To:      Cole Stephenson <cole@conexion-entertainment.com>
Cc:    Natalie Stebleton <nathalie@kidglovesmusic.com>, Marc Dold marc@very-music.com

Hi Cole,
Thanks for your response. I very much appreciate it!
I've taken some time to go over the song-list Brian has provided to me from you guys in regards to ASCAP registration (publishing %).
In accordance to our agreement with KidGloves (Doug and Natalie): over 11 titles have been registered incorrect over the last years with ASCAP. Let's correct these immediately!  As well as calculate the % of royalties due for Very Music Inc. (Publishing royalties)
I will need to schedule a meeting asap to sign correction sheets for ascap for these titles with Natalie. (this includes the correction for the title 'awake again'. I have met with Natalie on it last year and thought it has been corrected but it has not been done so yet and the paperwork must have been lost).

We appreciate your kind attention to this and I hope that it is not too much of an inconvenience to you. since you have just come on-board.
We've been working on some of these corrections for some time now and have been struggling with doing so. due to fast
changes in the company structure.
However, we've been enjoying working with KidGloves over several years and trust that this finds you well in your new environment.
I'm looking forward to hearing from you.

Best wishes,
Judith

Attachemet #i


From: Judith Martin <judith@very-music.com>
Subject:      Re: Request for Warm-Ups/Scales
Date:  August 12, 2010 7:32:06 AM PDT
To:      Cole Stephenson cole@conexion-entertainment.com
Also....please do not add any of our song titles to Soundminer yet. We do not want to be on there unless these issues have been cleared. Thanks!

From:      Cole Stephenson <cole@conexion-entertainment.com>
Subject:      RE: agreements/ascap issues
Date:  August 13, 2010 3:09:49 PM PDT
To:      Judith Martin <judith@very-music.com>
Cc:    Marc Dold marc@very-music.com

Hi Judith,

# EXHIBIT H

| Distribution Ye | Distribution Q | Statement Re | Statement Re | Series or Film, Program Nam | Work ID | Work Title | Dollars |
|---|---|---|---|---|---|---|---|
| 2010 | 1 | | | 1562159 MARC A DOLD | LOVING ANNA 9/5/09 | 312795278 | AWAKE AGAIN | 0.4 |
| 2010 | 1 | | | 1562159 MARC A DOLD | SEX AND THE ESCAPE FROM | 360449329 | FUNKY | 12.38 |
| 2010 | 1 | | | 1562159 MARC A DOLD | CHARMED SIGHT UNSEE | 440319086 | NEXT TO YOU | 1.36 |
| 2010 | 1 | | | 1562159 MARC A DOLD | SEX AND THE ESCAPE FROM | 450318308 | OVER THERE | 3.24 |
| 2010 | 1 | | | 1562159 MARC A DOLD SCRUBS | MY NEW COAT | 491245784 | SLOW DOWN | 0.01 |
| 2010 | 1 | | | 1562159 MARC A DOLD SCRUBS | MY NEW COAT | 491245784 | SLOW DOWN | 0.24 |
| 2010 | 1 | | | 1562159 MARC A DOLD SEX AND THE | SEX AND ANO | 530539927 | WORK IT | 0.96 |
| 2010 | 1 | | | 1562159 MARC A DOLD SEX AND THE | SEX AND ANO | 530539927 | WORK IT | 0.11 |

18.7

| File Type | Statement Re | Statement Re | Distribution D | Country Name | Performance E | Work Title | Work ID | Series Name |
|---|---|---|---|---|---|---|---|---|
| F | MARC A DOLD | 1562159 | 8/16/10 | ISRAEL | 6/30/09 | ACTIVITY | 310491448 | PARTY@THE P |
| F | MARC A DOLD | 1562159 | 8/16/10 | JAPAN | 9/30/09 | ACTIVITY | 310491448 | PARTY AT THE |
| F | MARC A DOLD | 1562159 | 8/16/10 | UNITED KINGI | 12/31/09 | ACTIVITY | 310491448 | EIES |
| F | MARC A DOLD | 1562159 | 8/16/10 | IRELAND | 12/31/09 | ACTIVITY | 310491448 | E ORIGINAL S |
| F | MARC A DOLD | 1562159 | 8/16/10 | UNITED KINGI | 12/31/09 | AWAKE AGAIN | 312795278 | SIX DEGREES |
| F | MARC A DOLD | 1562159 | 8/16/10 | UNITED KINGI | 12/31/09 | AWAKE AGAIN | 312795278 | SIX DEGREES |
| F | MARC A DOLD | 1562159 | 8/16/10 | ITALY | 12/31/08 | AWAKE AGAIN | 312795278 | SIX DEGREES |
| F | MARC A DOLD | 1562159 | 8/16/10 | UNITED KINGI | 12/31/09 | AWAKE AGAIN | 312795278 | SIX DEGREES |
| F | MARC A DOLD | 1562159 | 8/16/10 | ITALY | 12/31/08 | FUNKY | | EVERWOOD |
| F | MARC A DOLD | 1562159 | 8/16/10 | SOUTH AFRIC. | 6/30/09 | FUNKY | | EVERWOOD-S |
| F | MARC A DOLD | 1562159 | 8/16/10 | ISRAEL | 6/30/09 | FUNKY | | SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 | CANADA | 9/30/09 | FUNKY | 360449329 | SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 | CANADA | 9/30/09 | FUNKY | 360449329 | FELICITY |
| F | MARC A DOLD | 1562159 | 8/16/10 | CANADA | 9/30/09 | FUNKY | 360449329 | FELICITY |
| F | MARC A DOLD | 1562159 | 8/16/10 | UNITED KINGI | 12/31/09 | FUNKY | 360449329 | MTV TOP 10X1 |
| F | MARC A DOLD | 1562159 | 8/16/10 | JAPAN | 9/30/09 | FUNKY // SEX IN THE CITY | 360449329 | PARTY AT THE |
| F | MARC A DOLD | 1562159 | 8/16/10 | JAPAN | 9/30/09 | FUNKY // SEX IN THE CITY | | SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 | UNITED KINGI | 12/31/09 | LET IT MOVE ) | 420596681 | DATE MY MOM |
| F | MARC A DOLD | 1562159 | 8/16/10 | CANADA | 9/30/09 | LET IT MOVE ) | 420596681 | DATE MY MOM |
| F | MARC A DOLD | 1562159 | 8/16/10 | JAPAN | 9/30/09 | LOOK THIS WAY | | PARTY AT THE |
| F | MARC A DOLD | 1562159 | 8/16/10 | ISRAEL | 6/30/09 | LOOK THIS WAY | | PARTY@THE P |
| F | MARC A DOLD | 1562159 | 8/16/10 | UNITED KINGI | 12/31/09 | NEXT TO YOU | 440319086 | CHARMED |
| F | MARC A DOLD | 1562159 | 8/16/10 | UNITED KINGI | 12/31/09 | NEXT TO YOU | 440319086 | CHARMED |
| F | MARC A DOLD | 1562159 | 8/16/10 | CANADA | 9/30/09 | NEXT TO YOU | | CHARMED |

| F | MARC A DOLD | 1562159 | 8/16/10 UNITED KINGI | 12/31/09 NOT ME | 440341122 E R |
| F | MARC A DOLD | 1562159 | 8/16/10 UNITED KINGI | 12/31/09 NOT ME | 440341122 E R |
| F | MARC A DOLD | 1562159 | 8/16/10 CANADA | 9/30/09 NOT ME | 440341122 ER |
| | | | | | |
| F | MARC A DOLD | 1562159 | 8/16/10 ISRAEL | 6/30/09 OVER THERE | SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 ISRAEL | 6/30/09 OVER THERE | PARTY@THE P |
| F | MARC A DOLD | 1562159 | 8/16/10 ISRAEL | 6/30/09 OVER THERE | PARTY@THE P |
| F | MARC A DOLD | 1562159 | 8/16/10 CANADA | 9/30/09 OVER THERE | 450318308 SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 JAPAN | 9/30/09 OVER THERE // SEX IN THE ( | PARTY AT THE |
| F | MARC A DOLD | 1562159 | 8/16/10 JAPAN | 9/30/09 OVER THERE // SEX IN THE ( | PARTY AT THE |
| F | MARC A DOLD | 1562159 | 8/16/10 JAPAN | 9/30/09 OVER THERE // SEX IN THE ( | PARTY AT THE |
| F | MARC A DOLD | 1562159 | 8/16/10 JAPAN | 9/30/09 OVER THERE // SEX IN THE ( | SEX AND THE |
| | | | | | |
| F | MARC A DOLD | 1562159 | 8/16/10 UNITED KINGI | 12/31/09 SLOW DOWN | LAS VEGAS |
| F | MARC A DOLD | 1562159 | 8/16/10 UNITED KINGI | 12/31/09 SLOW DOWN | SCRUBS |
| F | MARC A DOLD | 1562159 | 8/16/10 UNITED KINGI | 12/31/09 SLOW DOWN | RUNS HOUSE |
| F | MARC A DOLD | 1562159 | 8/16/10 UNITED KINGI | 12/31/09 SLOW DOWN | SCRUBS |
| F | MARC A DOLD | 1562159 | 8/16/10 UNITED KINGI | 12/31/09 SLOW DOWN | SCRUBS |
| F | MARC A DOLD | 1562159 | 8/16/10 UNITED KINGI | 12/31/09 SLOW DOWN | RUNS HOUSE |
| | | | | | |
| F | MARC A DOLD | 1562159 | 8/16/10 BRAZIL | 12/31/09 WORK IT | 530539927 SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 CANADA | 9/30/09 WORK IT | 530539927 SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 CANADA | 9/30/09 WORK IT | 530539927 TRUE HOLLYW |
| F | MARC A DOLD | 1562159 | 8/16/10 GREECE | 8/31/09 WORK IT | 530539927 SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 GREECE | 8/31/09 WORK IT | 530539927 SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 SOUTH AFRIC, | 6/30/09 WORK IT | 530539927 101 BIGGEST |
| F | MARC A DOLD | 1562159 | 8/16/10 ITALY | 12/31/08 WORK IT | 530539927 SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 ISRAEL | 6/30/09 WORK IT | 530539927 SEX AND THE |
| F | MARC A DOLD | 1562159 | 8/16/10 SOUTH AFRIC, | 6/30/09 WORK IT | 530539927 SMALLVILLE-E |
| F | MARC A DOLD | 1562159 | 8/16/10 JAPAN | 9/30/09 WORK IT // SEX IN THE CITY E | TRUE HOLLY |
| F | MARC A DOLD | 1562159 | 8/16/10 JAPAN | 9/30/09 WORK IT // SEX IN THE CITY | SEX AND THE |

| Program Name | $ TOTAL |
|---|---|
| PARTY@THE P | 6.07 |
| EPISODE 102 | 13.96 |
|  | 0.06 |
| FORBES 20 RI | 0.05 |
|  | 18.58 |
| A SIMPLE TWI | 0.72 |
| OBJECTS IN T | 5.28 |
| OBJECTS IN T | 4.32 |
| SO LONG FARI | 49.88 |
| O LONG FAREV | 1.56 |
| ESCAPE FROM | 9.53 |
| ESCAPE FROM | 1.68 |
| KISS AND TEL | 0.85 |
| OOPS NOEL D | 0.02 |
| BREAKING STI | 1.4 |
| EPISODE 201 | 0.94 |
| ESCAPE FROM | 14.92 |
| EP 304 | 0.12 |
| EPISODE 304 | 0.07 |
| EPISODE 101 | 9.11 |
| PARTY@THE P | 5.68 |
| OH MY GODDI | 2.22 |
| SIGHT UNSEE | 0.26 |
| SIGHT UNSEE | 0.03 |

|  |  |
|---|---|
|  | 0.58 |
| AS THE DAY S | 0.12 |
| AS THE DAY S | 2.76 |
|  |  |
| ESCAPE FROM | 5.75 |
| PARTY@THE P | 0.56 |
| PARTY@THE P | 0.98 |
| ESCAPE FROM | 1.02 |
| EPISODE 104 | 7.92 |
| EPISODE 101 | 1.54 |
| EPISODE 103 | 4.97 |
| ESCAPE FROM | 9 |
|  |  |
| FIDELITY SEC | 0.79 |
|  | 0.52 |
| EP 203 | 0.9 |
| MY NEW COAT | 1.15 |
| EP 205 | 5.67 |
|  | 0.3 |
|  |  |
| SEX AND ANO | 0.88 |
| SEX AND ANO | 0.66 |
| DREW BARRYI | 0.98 |
| CITY ALTER 2C | 0.34 |
| CITY | 2.77 |
| CELEBRITY OC | 1.26 |
| SEX AND ANO | 2.75 |
| SEX AND ANO | 3.78 |
| XPOSED | 0.36 |
| DREW BARRYI | 1.44 |
| SEX AND ANO | 5.91 |

| File Type | Statement Re | Statement Re | Distribution D | Work Title | Work ID | Series Name | Program Nam | $ GENERAL |
|---|---|---|---|---|---|---|---|---|
| F | MARC A DOLD | 1562159 | 2/16/10 | AWAKE AGAIN | 312795278 | SIX DEGREES | OBJECTS IN THE MIRROR | |
| F | MARC A DOLD | 1562159 | 2/16/10 | AWAKE AGAIN | 312795278 | SIX DEGREES | A SIMPLE TWIST OF FATE | |
| F | MARC A DOLD | 1562159 | 2/16/10 | FUNKY | | SEX AND THE | ESCAPE FROM NEW YORK | |
| F | MARC A DOLD | 1562159 | 2/16/10 | FUNKY | | EVERWOOD | SO LONG, FAREWELL | |
| F | MARC A DOLD | 1562159 | 2/16/10 | FUNKY | | E TRUE HOLLY | DEMI MOORE | |
| F | MARC A DOLD | 1562159 | 2/16/10 | FUNKY | | EVERWOOD | SO LONG FAREWELL | |
| F | MARC A DOLD | 1562159 | 2/16/10 | FUNKY | | SEX AND THE | ESCAPE FROM NEW YORK | |
| F | MARC A DOLD | 1562159 | 2/16/10 | LET IT MOVE Y | 420596681 | DATE MY MOM | EP 304 | |
| F | MARC A DOLD | 1562159 | 2/16/10 | NEXT TO YOU | | HACK | OUT OF THE ASHES | |
| F | MARC A DOLD | 1562159 | 2/16/10 | NEXT TO YOU | | CHARMED | OH MY GODDESS PT 1 AND 2 | |
| F | MARC A DOLD | 1562159 | 2/16/10 | NEXT TO YOU | | HACK | OUT OF THE ASHES | |
| F | MARC A DOLD | 1562159 | 2/16/10 | NEXT TO YOU | | CHARMED | SIGHT UNSEEN | |
| F | MARC A DOLD | 1562159 | 2/16/10 | NEXT TO YOU | | CHARMED | OH MY GODDESS (PART 1) | |
| F | MARC A DOLD | 1562159 | 2/16/10 | NOT ME | 440341122 | ER | AS THE DAY SHE WAS BORN | |
| F | MARC A DOLD | 1562159 | 2/16/10 | OVER THERE | | SEX AND THE | ESCAPE FROM NEW YORK | |
| F | MARC A DOLD | 1562159 | 2/16/10 | OVER THERE | | SEX AND THE | ESCAPE FROM NEW YORK | |
| F | MARC A DOLD | 1562159 | 2/16/10 | OVER THERE // SEX IN THE ( | | SEX AND THE | ESCAPE FROM NEW YORK | |
| F | MARC A DOLD | 1562159 | 2/16/10 | SLOW DOWN | | LAS VEGAS | FIDELITY SECURITY DELIVER | |
| F | MARC A DOLD | 1562159 | 2/16/10 | SLOW DOWN | | TRUE HOLLYW | MARIAH CAREY | |
| F | MARC A DOLD | 1562159 | 2/16/10 | SLOW DOWN | | SCRUBS | MY NEW COAT | |
| F | MARC A DOLD | 1562159 | 2/16/10 | SLOW DOWN | | SLOW DOWN | | |

| F | MARC A DOLD | 1562159 | 2/16/10 SLOW DOWN | SCRUBS | MY NEW COAT |
|---|---|---|---|---|---|
| F | MARC A DOLD | 1562159 | 2/16/10 SLOW DOWN | SCRUBS | MY NEW COAT |
| F | MARC A DOLD | 1562159 | 2/16/10 SLOW DOWN | SCRUBS - DIE | MY NEW COAT |
| F | MARC A DOLD | 1562159 | 2/16/10 SLOW DOWN | LAS VEGAS VF | FIDELITY SECURITY DELIVER |
| F | MARC A DOLD | 1562159 | 2/16/10 SLOW DOWN | SCRUBS VF | MY NEW COAT |
| F | MARC A DOLD | 1562159 | 2/16/10 SLOW DOWN | LAS VEGAS | FIDELITY SECURITY DELIVER |
| F | MARC A DOLD | 1562159 | 2/16/10 SLOW DOWN | SCRUBS | MY OVERKILL/MY NEW COAT |
| F | MARC A DOLD | 1562159 | 2/16/10 SLOW DOWN | RUNS HOUSE | EP 203 |

$ TOTAL

64.61
64.63

1.65
3.17
39.36
20.2
19.11

0.53

5.07
0.17
4.25
0.09
1.16

2.75

1
11.47
12.77

8.07
1.67
0.03
0.62

0.2
1.27
7.64
0.36
1.36
2.95
1.72
0.53
278.41

| DistributionYe | Statement Re | Statement Re | Party ID | Party Name | Network Servi | Series or Film | Program Nam | Work ID |
|---|---|---|---|---|---|---|---|---|
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | ETV | E! NEWS LIVE 06 11 09 | | | 310491448 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | ETV | E! NEWS LIVE 06 12 09 | | | 310491448 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | ETV | E! NEWS LIVE 06 25 09 | | | 310491448 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | STYL | FORBES 20 RI | 5/30/09 | | 310491448 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | MTV | DATE MY MOM | MONIQUE (33 | | 360449329 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | TNT | CHARMED | SIGHT UNSEE | | 440319086 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SEX AND THE | ESCAPE FROM | | 450318308 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SEX AND THE | ESCAPE FROM | | 450318308 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | WTBS | SEX AND THE | ESCAPE FROM | | 450318308 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SEX AND THE | ESCAPE FROM | | 450318308 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SEX AND THE | ESCAPE FROM | | 450318308 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | TNT | LAS VEGAS (N | FIDELITY SECI | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |
| 2009 | 1562159 MARC A DOLD | | 1562159 MARC A DOLD | | SCRUBS | MY NEW COAT | | 491245784 |

| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD WTBS | SEX AND THE | SEX AND ANO | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD | SEX AND THE | SEX AND ANO | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD | SEX AND THE | SEX AND ANO | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD HDNT | SMALLVILLE | EXPOSED | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD MTV | DATE MY MOM | MONIQUE (33 | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD WTBS | SEX AND THE | SEX AND ANO | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD HDNT | SMALLVILLE | EXPOSED | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD MTV | DATE MY MOM | MONIQUE (33 | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD | SEX AND THE | SEX AND ANO | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD MTV | DATE MY MOM | RAMONA (337 | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD | SEX AND THE | SEX AND ANO | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD | SEX AND THE | SEX AND ANO | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD STYL | DR 90210 | BUTTOCKS AR | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD STYL | DR 90210 | BUTTOCKS AR | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD ETV | DR 90210 | BUTTOCKS AR | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD STYL | DR 90210 | BUTTOCKS AR | 530539927 |
| 2009 | 1562159 MARC A DOLD | 1562159 MARC A DOLD | ACCESS HOLL | 3210 | 530539927 |

| Work Title | Dollars |
|------------|---------|
| ACTIVITY | 0.59 |
| ACTIVITY | 3.22 |
| ACTIVITY | 1.24 |
| ACTIVITY | 0.04 |
| | |
| FUNKY | 0.81 |
| | |
| NEXT TO YOU | 1 |
| | |
| OVER THERE | 74.46 |
| OVER THERE | 1.6 |
| OVER THERE | 13.83 |
| OVER THERE | 6.29 |
| OVER THERE | 6.03 |
| | |
| SLOW DOWN | 1.99 |
| SLOW DOWN | 6.03 |
| SLOW DOWN | 34.79 |
| SLOW DOWN | 0.38 |
| SLOW DOWN | 1.15 |
| SLOW DOWN | 0.06 |
| SLOW DOWN | 0.16 |
| SLOW DOWN | 0 |
| SLOW DOWN | 0 |
| SLOW DOWN | 0.16 |
| SLOW DOWN | 0.56 |
| SLOW DOWN | 0.62 |
| SLOW DOWN | 1.85 |
| SLOW DOWN | 0 |
| SLOW DOWN | 0 |

| | |
|---|---:|
| WORK IT | 18.17 |
| WORK IT | 5.84 |
| WORK IT | 4.59 |
| WORK IT | 1.34 |
| WORK IT | 3.63 |
| WORK IT | 6.82 |
| WORK IT | 0.67 |
| WORK IT | 1.21 |
| WORK IT | 79.23 |
| WORK IT | 0.81 |
| WORK IT | 0.53 |
| WORK IT | 1.15 |
| WORK IT A | 0.08 |
| WORK IT A | 0.32 |
| WORK IT A | 0.78 |
| WORK IT A | 0.48 |
| WORK IT KG | 2.57 |
| | 285.08 |

# EXHIBIT I



# DE NOVO
### LAW FIRM

11801 Pierce Street, Suite 200
Riverside, CA 92505
Phone: 877.346.7411 Fax: 877.932.6223

January 18, 2012

Conexion Entertainment Group Inc.
5405 Wilshire Blvd. Suite 361
Los Angeles, CA 90036

To Whom it May Concern:

De Novo Law Firm represents Very Music Inc., a corporation owned by Marc Dold and Judith Martin. Very Music Inc. owns numerous musical compositions and recordings created by Mr. Dold and Ms. Martin. Very Music Inc. previously worked with Kid Gloves Productions Inc. ("Kid Gloves") to place these works in television, film, and other commercial audio-visual media.

As my clients have previously made clear, and have repeatedly told your representatives, Kid Gloves Inc. and Conexion Entertainment Group Inc. do not have a license to distribute or publish works owned by Very Music Inc., Marc Dold, or Judith Martin. Cease any distribution or licensing of these works. Conexion Entertainment and Kid Gloves has never had written permission to license these works and Very Music Inc. will pursue legal action against Conexion Entertainment Group and Kid Gloves for its willful infringement of copyrighted works owned by Very Music Inc., Marc Dold, and Judith Martin.

Regards,

Benjamin Yrungaray, Esq.